In the Matter of STEPHEN G., Respondent, v LARA H., Appellant. (And Three Other Related Proceedings.)

Submitted June 27, 2016; decided August 25, 2016

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

STONEHILL CAPITAL MANAGEMENT, LLC, et al., Appellants, v BANK OF THE WEST, Respondent, et al., Defendant.

Submitted August 8, 2016; decided August 25, 2016

Motion by Mission Capital Advisors, LLC for leave to appear amicus curiae on the appeal herein denied as unnecessary because movant is a party respondent on the appeal. The proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of ZHANE A.F. and Another, Children Alleged to be Permanently Neglected. ANDREA V.F., Appellant; CATHOLIC GUARDIAN SOCIETY AND HOME BUREAU, Respondent.

Submitted June 6, 2016; decided August 25, 2016

Motion for leave to appeal denied. Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.

BECK CHEVROLET Co., INC., Appellant, v GENERAL MOTORS LLC, Respondent.

Submitted June 20, 2016; decided August 30, 2016

See 787 F3d 663.

Motion for reargument denied [see 27 NY3d 379 (2016)].

Judge GARCIA taking no part.